JEAN McCURDY ET AL. *v.* STATE OF CONNECTICUT

The plaintiffs' petition for certification for appeal from the Appellate Court, 26 Conn. App. 466, is granted, limited to the following issue:

"Did the Appellate Court properly determine that the claimant's estate was not entitled to permanent partial disability payments, under Connecticut General Statutes § 31-308 (b), from the date that he reached maximum medical improvement?"

*Harold L. Rosnick,* in support of the petition.

Decided April 3, 1992

STATE OF CONNECTICUT *v.* JOHN SANTIAGO

The state of Connecticut's petition for certification for appeal from the Appellate Court, 26 Conn. App. 481, is granted, limited to the following issues:

"1. Was the Appellate Court correct in not ruling that a defendant standing in the doorway of his home is in a public place, and may be arrested without a warrant?

"2. Was the Appellate Court correct in holding that a porch is part of the home, and is subject to fourth amendment protections?

"3. Was the Appellate Court incorrect in reversing the trial court's factual finding that the defendant was in his doorway and instead engaged in fact finding to determine that the defendant was on a porch which was an extension of his home?"

*Rita M. Shair,* assistant state's attorney, in support of the petition.

Decided April 3, 1992